ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAMIRO M. JERONIMO AGUILAR,<br><br>                Plaintiff,<br><br>    v.<br><br>UR JADDOU, in her official capacity as Director of United States Citizenship Services (USCIS), USCIS,<br><br>                Defendants. | 4:23-cv-04380 DMR<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

      Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendants to file their response to Plaintiff's complaint. Defendants will file their response to Plaintiff's complaint by November 20, 2023. For these reasons, the parties respectfully request that the Court grant their stipulation.

Stipulation
4:23-cv-04380 DMR                               1

1  Dated: November 6, 2023                      Respectfully submitted,[1]

2                                               ISMAIL J. RAMSEY
                                                United States Attorney

4                                               */s/ Elizabeth D. Kurlan*
                                                ELIZABETH D. KURLAN
5                                               Assistant United States Attorney
                                                Attorneys for Defendants

7  Dated: November 6, 2023

8                                               */s/ Jessica Arena*
                                                JESSICA T. ARENA
9                                               Law Office of Jessica T. Arena
                                                Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file a response to Plaintiff's complaint by November 20, 2023.

Date: November 7, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:23-cv-04380 DMR                              2