ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAMIRO M. JERONIMO AGUILAR,<br><br>              Plaintiff,<br><br>   v.<br><br>UR JADDOU, in her official capacity as Director of United States Citizenship Services (USCIS), USCIS,<br><br>             Defendants. | 4:23-cv-04380 DMR<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 17, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on December 19, 2023, and it agrees to work diligently towards completing adjudication of Plaintiff's petition, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication. If

Stip to Stay Proceedings
4:23-cv-04380 DMR                              1

USCIS cancels or reschedules Plaintiff's interview, USCIS will reschedule the interview for a date not more than four weeks from the originally scheduled date, absent unforeseen or exceptional circumstances.

Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case and, in that event, the parties agree to bear their own attorney's fees and costs. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 17, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 14, 2023

Respectfully submitted[i],

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 14, 2023

/s/ Jessica Arena
JESSICA T. ARENA
Law Office of Jessica T. Arena
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.



Date: November 15, 2023

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[i] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip to Stay Proceedings
4:23-cv-04380 DMR                                              2